# Court of Appeals
## Tenth Appellate District of Texas

### 10-24-00245-CV

In re Robertson Central Appraisal District, Lesley Sootoo,
in her official capacity as Chief Appraiser,[1] and Ross
Simmons, in his official capacity as Board Chairman of
the Robertson Central Appraisal District

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

In this original proceeding, Relators Robertson Central Appraisal District, Lesley Sootoo, in her official capacity as Chief Appraiser, and Ross Simmons, in his official capacity as Board Chairman of the Robertson Central Appraisal District, seek mandamus relief from the trial court's June 28, 2024 Resulting Order Issued on Plaintiffs' Requested Status Conference. Relators contend that the trial court's order violates the statutory stay of all proceedings

---

[1] The underlying suit was originally brought against Nancy Commander, in her official capacity as Roberton Central Appraisal District's chief appraiser, but while this original proceeding was pending, Sootoo succeeded Commander in her position. Accordingly, we have substituted Sootoo for Commander in this proceeding as Robertson Central Appraisal District's chief appraiser. *See* TEX. R. APP. P. 7.2(a).

in the trial court pending resolution of their interlocutory appeal under subsection 51.014(a)(8) of the Civil Practice and Remedies Code, *i.e.*, No. 10-22-00396-CV, which has been pending before this Court. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8), (b). This Court has now issued its opinion and judgment resolving the interlocutory appeal in No. 10-22-00396-CV. Accordingly, we dismiss this original proceeding as moot.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  October 16, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition dismissed
OT06

